IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH N. MONTELEONE,

    Plaintiff,

v.                                                          5:14cv65-WS

CORIZON, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 28) docketed February 23, 2015.  The magistrate judge recommends that the defendants' motion for summary judgment be granted.  The plaintiff has filed objections (doc. 31) to the report and recommendation.

    Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation must be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is ADOPTED and incorporated into this order by reference.

2.  The defendants' motion for summary judgment (doc. 23) is GRANTED.

3.  The clerk shall enter judgment stating: "All claims against all defendants are DISMISSED."

DONE AND ORDERED this   27th   day of   March  , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE